**Order entered November 2, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01137-CR

### NICHOLAS RYAN NADEAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83228-2018**

## ORDER

Before the Court is appellant's October 13, 2021 motion to abate the appeal for a hearing. In the motion, appellant states the appellate record contains conflicting rulings on appellant's August 7, 2019 motion to suppress.

Although the trial court signed an order on August 8, 2019, granting appellant's motion to suppress, the docket sheet shows the trial court held a suppression hearing on August 15, 2019 and denied the motion to suppress. The reporter's record of the August 15, 2019 hearing on the motion to suppress

confirms the trial court denied appellant's motion to suppress in open court. During trial, the State offered and the trial court admitted without objection the evidence appellant sought to suppress.

Under these circumstances, we **DENY** appellant's motion to abate without prejudice to raising this issue in his brief.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to Maria Tu; and to the Collin County District Attorney.


/s/     LANA MYERS
        JUSTICE